UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FREDERICK ALLEN BENNINGS,

    Plaintiff,

v.                                    Case No. 3:14cv598/RV/CJK

STATE OF FLORIDA, et al.,

    Defendants.

_____/

## ORDER

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on October 31, 2014 (doc. 4), pursuant to 28 U.S.C. § 636(b)(1)(B), the Report and Recommendation is adopted as the opinion of the court. No objections have been filed.

Accordingly, it is ORDERED:

1. The Magistrate Judge's Report and Recommendation (doc. 4) is adopted and incorporated by reference in this Order.

2. This case is TRANSFERRED to the United States District Court for the Middle District of Florida.

3. The clerk shall close this file.

DONE AND ORDERED this 11th day of December, 2014.

                                            /s/ *Roger Vinson*
                                            **ROGER VINSON**
                                            **SENIOR UNITED STATES DISTRICT JUDGE**